# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-258
Lower Tribunal No. 19-CF-000433

_____

SHYHEEM ANTHONY TAYLOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Bruce Kyle, Judge.

January 16, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and GANNAM, JJ., concur.


Howard L. "Rex" Dimmig, II, Public Defender, and Nicholas Martino, Special Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Taylor A. Schell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED